ROSA WATKINS v. JOHN HARRIS, TRADING AS LITTLE ROSETTA TAXI.

(Filed 13 December, 1944.)

APPEAL by plaintiff from *Sink, J.,* at October Term, 1944, High Point Division, of GUILFORD.

Civil action to recover for alleged personal injuries sustained by plaintiff, while riding in a taxi belonging to the defendant.

At the close of all the evidence, the defendant renewed his motion for judgment as of nonsuit, made at the close of plaintiff's evidence; motion granted and plaintiff appeals, assigning error.

*C. A. York and Walser & Wright for plaintiff.*
*Gold, McAnally & Gold for defendant.*

PER CURIAM. An examination of the evidence disclosed on this record leads to the conclusion that the motion for judgment as of nonsuit was properly granted, under the authority of the companion case, *Watkins v. Grier, ante,* 339, 30 S. E. (2d), 219.

Affirmed.

---

DISPOSITION OF APPEALS FROM THE SUPREME COURT OF NORTH CAROLINA TO THE SUPREME COURT OF THE UNITED STATES

*S. v. Williams,* 224 N. C., 183. Petition allowed 13 April, 1944.

*S. v. Inman,* 224 N. C., 531. Petition for *certiorari* denied, 29 January, 1945.

*S. v. Weinstein,* 224 N. C., 645. Petition for *certiorari* denied, 26 February, 1945.